The ARKANSAS STATE HIGHWAY COM·MISSION, Appellant, v. R. C. BUTLER, Receiver of White & Black Rivers Bridge Company. No. 11325.

Circuit Court of Appeals, Eighth Circuit.

March 14, 1940.

Jack Holt, Atty. Gen. of Arkansas, and Herrn Northcutt, Atty., Arkansas State Highway Commission, and Walter L. Pope, both of Little Rock, Ark., for appellant.

J. W. House, of Little Rock, Ark., Max F. Goldberg, of Chicago, Ill., and H. B. Solmson, Jr., of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed with costs, on agreement of counsel.

Charles J. CANFIELD, Petitioner, v. COM·MISSIONER OF INTERNAL REVE·NUE, Respondent. No. 4761.

Circuit Court of Appeals, Seventh Circuit.

Oct. 4, 1939.

Edwin H. Cassels and Barry Gilbert, both of Chicago, Ill., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

The mandate of the Supreme Court of the United States having been filed in this cause in this Court, which said mandate directed that the judgment of this Court, 7 Cir., 62 F.2d 751, heretofore entered on January 13, 1933, be reversed, and which remanded this cause to this Court for further proceedings in conformity with the opinion of the said Supreme Court, 291 U. S. 163, 54 S.Ct. 368, 78 L.Ed. 706.

On consideration whereof: It is now here ordered that the judgment of this Court heretofore entered on January 13, 1933, be, and the same is hereby, vacated and set aside.

It is now here ordered and adjudged by this Court that the decision entered in this cause on December 21, 1931, by the United States Board of Tax Appeals be, and the same is hereby, affirmed.

It is further ordered that the mandate of this Court in this cause issue forthwith.

Henry Bonnell CHRISTIAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE. No. 11602.

Circuit Court of Appeals, Eighth Circuit.

March 7, 1940.

William Mitchell and Jack C. Foote, both of St. Paul, Minn., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Order of United States Board of Tax Appeals reversed without costs to either party in this Court and cause remanded for further proceedings, pursuant to stipulation.